**Appeal Dismissed and Memorandum Opinion filed February 28, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00785-CV
_____

### PARKWAY CHEVROLET, INC., Appellant

### V.

### MELANIE D. MARTINEZ AND DANIEL R. MARTINEZ, II, Appellees

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-75206**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed July 15, 2022. Appellant filed a timely request for findings of fact and conclusions of law. The notice of appeal was due October 13, 2022. *See* Tex. R. App. P. 26.1. Appellant, however, filed its notice of appeal on October 24, 2022, a date within 15 days of the due date for the notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. On February 2, 2023, we ordered appellant to file a proper motion to extend time to file the notice of appeal

on or before February 13, 2023.  *See* Tex. R. App. P. 4.1(a), 10.5(b); 26.3.  Appellant did not file a motion.  We, therefore, dismiss the appeal.  *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.